IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MERCED HOUSING TEXAS, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 5:22-CV-876 |
| THIRD COAST INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § § | |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**Exhibit A**  Index of Documents.

**Exhibit B**  State Court Docket Sheet.

**Exhibit C**  Index of Documents Filed in State Court.

**Exhibit C-1**  *Plaintiff's Original Petition*, filed on June 27, 2022.

**Exhibit C-2**  *Defendant's Original Answer*, filed on August 5, 2022.

**Exhibit D**  Defendant's Corporate Disclosure Statement.

**EXHIBIT A**